Case 2:12-cv-04556-CMR   Document 3-7   Filed 08/15/12   Page 1 of 1



LII

**Client:**
County of Chester, Pennsylvania
**Title:**
Rick Loughery, Recorder of Deeds
**Connected As:**
Leslie Esposito

New Search

## Search Results

Your search returned **13** records. Page 1 of 1 is displayed.
Your Search Criteria was:
Any Book Number; Any Page Number; Any Document Type; Any Document Code; Grantor is like LUPU, ADRIAN or Grantee is like LUPU, ADRIAN; Search from 01/01/1960; Search through 08/05/2012; Limit my results to 20 Recordings per page;

**!** - Indicates the document may not have been proofed.
📘 - Displays the Document Image for the Index
**XXXXXXX** - Displays more Detailed Information for the Index

| Instrument # | Document Code | Book/Plan | Page | Date | Grantor | Grantee | Legal |
|---|---|---|---|---|---|---|---|
| 10245510 | DEED | 5713 | 2191 | 05/28/2003 | ECKERT, JEFFREY<br>ECKERT, LINDA | LUPU, ADRIAN | UPI # 28-8-101.5 |
| 10245511 | MORTGAGE | 5713 | 2195 | 05/28/2003 | LUPU, ADRIAN | FREMONT INVESTMENT & LOAN | UPI # 28-8-101.5 P/O |
| 10245512 | MORTGAGE | 5713 | 2217 | 05/28/2003 | LUPU, ADRIAN | FREMONT INVESTMENT & LOAN | UPI # 28-8-101.5 P/O |
| 10703983 | MORTGAGE | 7006 | 1718 | 11/14/2006 | LUPU, ADRIAN | LOANCITY | UPI # 28-8-101.5 |
| 10707879 | SATISFACTION | 7018 | 1636 | 11/29/2006 | LUPU, ADRIAN<br>FREMONT INVESTMENT & LOAN | | UPI # 28-8-101.5 |
| 10721623 | SATISFACTION | 7061 | 2116 | 01/18/2007 | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC<br>LUPU, ADRIAN | | UPI # 28-8-101.5 |
| 11162212 | MORTGAGE | 8368 | 946 | 02/29/2012 | LUPU, ADRIAN | STEFAN, RADU | UPI # 28-8-101.5 |
| 11162215 | MISCELLANEOUS | 8368 | 963 | 02/29/2012 | LUPU, ADRIAN | LOAN CITY | UPI # 28-8-101.5 |
| 11162500 | DEED | 8369 | 1186 | 03/01/2012 | LUPU, ADRIAN | LUPU, ADRIAN<br>ADRIAN OF THE FAMILY LUPU | UPI # 28-8-101.5 |
| 11167641 | UCC | 8386 | 438 | 03/23/2012 | LUPU, ADRIAN | LUPU, ADRIAN | |
| 11175465 | MISCELLANEOUS | 8410 | 275 | 04/24/2012 | LUPU, ADRIAN<br>JURIS, SUI | LOANCITY LLC | UPI # 28-8-101.5 |
| 11188308 | ASSIGNMENT OF MORTGAGE | 8449 | 2034 | 06/15/2012 | LOANCITY<br>LUPU, ADRIAN | ONEWEST BANK | UPI # 28-8-101.5 |
| 11189304 | MISCELLANEOUS | 8452 | 1244 | 06/20/2012 | LUPU, ADRIAN<br>ADRIAN LUPU<br>LOAN CITY LLC | LUPU, ADRIAN<br>ADRIAN LUPU<br>LOAN CITY LLC | UPI # 28-8-101.5 |

Copyright© 1999-2003 Tyler Technologies, Inc., Eagle Division, All Rights Reserved.
Send us your site comments and service suggestions
Privacy Policy

