← → ↻ 🔑 | 🌐 Web | www.fanniemae.com/loanlookup/

## FannieMae Loan Lookup

The Fannie Mae Loan Lookup enables mortgage borrowers to quickly determine if Fannie Mae owns their loan by providing a street address, unit, city, state, and ZIP code.

If Fannie Mae owns your loan, you may be eligible for programs designed to make your mortgage more affordable – like the Home Affordable Refinance Program (HARP) or the Home Affordable Modification Program (HAMP).

**Street Address ***
1332 AIRPORT RD

**Unit**

**City**
COATESVILLE

**State**
PA

**Zip Code ***
19320

### Match Found.

Based on the property information you entered, Fannie Mae owns a loan on the property at this address.

A "Match Found" indicates that you might be eligible for a Making Home Affordable® refinance or modification. If you are interested in a refinance or modification, please contact your mortgage company (the organization to whom you make your monthly mortgage payments) to confirm these results and assess your options.

Be sure to visit **KnowYourOptions.com** and **MakingHomeAffordable.gov** to learn more about refinancing, modification programs and other options available for homeowners.

On **KnowYourOptions.com**, you can access **refinance** and **modification** calculators so you can estimate payments and possible monthly savings. In addition, find **Frequently Asked Questions**, **Contact Information** for HARP Lenders and Mortgage Servicers and more.

**Search Again**

### Learn more about your options at KnowYourOptions.com

Whether you're a homeowner looking to refinance or you're having difficulty making your payments, the Know Your Options™ website can help you learn about what might be best for your situation. Visit the site to learn about refinancing your mortgage, obtaining a modification to lower your payments or other options.

### Home Affordable Refinance Program (HARP)

Even if you owe more on your home than what it's worth, you still might be able to refinance your mortgage. **Click here** to learn more.

### Home Affordable Modification Program (HAMP)

Struggling with your mortgage payments? A loan modification might help lower your payments. **Click here** to learn more.

The Fannie Mae Loan Lookup is provided as a convenience for borrowers. Fannie Mae makes no representation, warranty, or guarantee regarding the accuracy or completeness of the results. A search that

---

Tuesday, August 07, 2012

◄ August, 2012 ►

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
| 29 | 30 | 31 | 1  | 2  | 3  | 4  |
| 5  | 6  | 7  | 8  | 9  | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | 1  |
| 2  | 3  | 4  | 5  | 6  | 7  | 8  |

2:02:38 PM

Change date and time settings...

2:02 PM