```
11188308
Page 1 of 4
```
VESTA LAND TRANSFER CORP    06/15/2012 12:43P   B-8449 P-2034

12-42075
MJU-12040875-1
**Prepared by and When Recorded, Mail to:**

This Document Recorded 06/15/2012 12:43PM  State RTT: 0.00  Local RTT: 0.00
Doc Code: ASM
Recorded Electronically by Simplifile
Doc Id: 11188308
Receipt #: 619992
Rec Fee: 52.00
Chester County, Recorder of Deeds Office

Attn: John P. Gagnon **(SE)**
Attorney Code: At-MJUDR
OneWest Bank, FSB
2900 Esperanza Crossing, DM-01-08
Austin, TX 78758
(512) 506-6931


RECORDER OF DEEDS

JD

**OneWest Bank #: 3002374894**
**MIN #: 100058310000831836**

28-8-101.5 ✓
Parcel ID: ~~28-08-0101-0500~~
MERS Phone: 1.888.679.6377

# Pennsylvania Assignment of Mortgage

For value received, the undersigned holder, **Mortgage Electronic Registration Systems, Inc., (MERS) solely as nominee for LoanCity, A California Corporation**, whose address is **1901 East Voorhees Street, Suite C, Danville, IL 61834**, does hereby grant, sell, assign, transfer and convey unto **OneWest Bank, FSB**, whose address is **888 East Walnut Street, Pasadena, CA 91101**, that certain Mortgage dated **November 03, 2006**, made and executed by **Adrian Lupu**, to and in favor of **Mortgage Electronic Registration Systems, Inc., (MERS) solely as nominee for LoanCity, A California Corporation**, beneficiary under the mortgage, upon the property situated in **Chester** County, Commonwealth of **PENNSYLVANIA**, and commonly known as: **1332 Airport Road, Coatesville, PA 19320** (Legal Description of Property: See legal description attached hereto and made a part hereof as Exhibit 'A'). Such Mortgage having been given to secure payment of **$289,600.00**, which Mortgage was recorded on **November 14, 2006** and is of record under Instrument Number **10703983**, of the Official Records of **Chester** County, in the Commonwealth of **PENNSYLVANIA**, together with the Note(s) and obligations therein described and the money due and to become due thereon with interest, and all rights accrued or to accrue under such Mortgage.

TO HAVE AND TO HOLD, the same unto Assignee, its successor and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage on **April 26, 2012**.

**OneWest Bank #: 3002374894**

**Certificate of Residence:** I, **John P. Gagnon**, **Vice President**, do hereby certify that the precise address of the within named Assignee is: **888 East Walnut Street, Pasadena, CA 91101**.

> Mortgage Electronic Registration Systems, Inc., (MERS) solely as nominee for LoanCity, A California Corporation
>
> _____
> John P. Gagnon
> Vice President

STATE OF TEXAS    §
COUNTY OF TRAVIS  §

On **April 26, 2012**, before me, _____Colleen Mara Ashley_____, Notary Public, personally appeared **John P. Gagnon**, **Vice President**, who is personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument

I certify under PENALTY OF PERJURY under the laws of the State of Texas that the foregoing paragraph is true and correct.

Witness my hand and official seal.

_____, Notary Public
Colleen Mara Ashley
My Commission Expires: 7/25/2015

COLLEEN MARA ASHLEY
Notary Public, State of Texas
My Commission Expires
July 25, 2015

For Recorder's information only:

**MORTGAGE/DEED OF TRUST:**
MORTGAGOR: Adrian Lupu
MORTGAGEE: Mortgage Electronic Registration Systems, Inc., as nominee for LoanCity, A California Corporation, A Coporation, P.O. Box 2026, Flint, MI 48501-2026
AMOUNT: $289,600.00
DATED: 11/03/2006
RECORDED: 11/14/2006
BOOK: 7006
PAGE: 1718

### CERTIFICATE OF RESIDENCE

I do hereby certify that the precise address of the within-named Assignee is:
**888 East Walnut Street, Pasadena, CA 91101**

Signatory: _____
Name: Edward Cotter               Date: 6/12/2012

MJU#
PROPERTY ID NO.:
PROPERTY ADDRESS:

11188308
Page 4 of 4
VESTA LAND TRANSFER CORP    06/15/2012 12:43P    B-8449 P-2034

# 3002374894

NA2136

# EXHIBIT "A"

CALN

ALL THAT CERTAIN PARCEL OF VACANT LAND SITUATE IN WEST ~~CAIN~~ TOWNSHIP, CHESTER COUNTY, PENNSYLVANIA, BOUNDED AND DESCRIBED ACCORDING TO A FINAL SUBDIVISION PLAN PREPARED FOR THE C. FRED ECKERT ESTATE BY STAPLETON & LEISEY, PROFESSIONAL LAND SURVEYORS, DATED JUNE 24, 1999, AND LAST REVISED SEPTEMBER 16, 1999, AND RECORDED IN THE CHEATER COUNTY RECORDER OF DEEDS OFFICE ON OCTOBER 06, 1999, AS SUBDIVISION PLAN NO. 15101, AS FOLLOWS, TO WIT:

BEGINNING AT A POINT ON THE TITLE LINE WITHIN AIRPORT ROAD (T-409), SAID POINT BEING LOCATED BY A BEARING OF SOUTH 85 DEGREES 18 MINUTES 07 SECONDS EAST AND A DISTANCE OF 50.13 FEET FROM A SPIKE MARKING THE NORTHWEST CORNER OR LAND OF THE C. FRED ECKERT ESTATE; THENCE FROM SAID POINT OF BEGINNING AND CONTINUING ALONG THE TITLE LINE WITHIN AIRPORT ROAD SOUTH 85 DEGREES 18 MINUTES 07 SECONDS EAST 175.44 FEET TO A POINT, A CORNER OF STEVEN M. AND PAMELA M. GUTHRIE'S LAND; THENCE LEAVING THE ROAD AND ALONG SAID GUTHRIE'S LAND SOUTH 00 DEGREES 38 MINUTES 04 SECONDS WEST 172.27 FEET TO A POINT, A CORNER OF PARCEL "A" HAVING PASSED OVER AN IRON PIN 25.06 FEET FROM SAID POINT WITHIN AIRPORT ROAD; THENCE ALONG PARCEL "A" TO BE CONVEYED TO STEVEN M. AND PAMELA M. GUTHRIE FOR THE FOLLOWING TWO COURSES AND DISTANCES: (1) SOUTH 44 DEGREES 25 MINUTES 00 SECONDS WEST 17.34 FEET TO A POINT, AND (2) SOUTH 00 DEGREES 38 MINUTES 04 SECONDS WEST 174.35 FEET TO A POINT IN LINE OF LOT NO. 2; THENCE ALONG LOT NO. 2 FOR THE FOLLOWING TWO COURSES AND DISTANCES: (1) NORTH 85 DEGREES 18 MINUTES 07 SECONDS WEST 163.41 FEET TO A POINT, AND (2). NORTH 00 DEGREES 38 MINUTES 04 SECONDS EAST 360.00 FEET TO THE POINT AND PLACE OF BEGINNING.

BEING LOT NO. 1 AS SHOWN ON THE ABOVE MENTIONED SUBDIVISION PLAN.

THE IMPROVEMENTS THEREON BEING COMMONLY KNOWN AS 1332 AIRPORT ROAD, COATESVILLE, PENNSYLVANIA 19320.

BEING THE SAME LOT OR PARCEL OF GROUND WHICH BY DEED DATED MAY 12, 2003 AND RECORDED AMONG THE LAND RECORDS OF CHESTER COUNTY IN BOOK 5713 PAGE 2191, WAS GRANTED AND CONVEYED BY JEFFREY ECKERT AND LINDA ECKERT, HUSBAND AND WIFE, UNTO ADRIAN LUPU, AS SOLE OWNER.

10703983
Page 14 of 14
11/14/2006 02 11P    B-7006 P-1718
RESOURCE ESTATE SERVICES LLC