**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Filed By:
 ADRIAN: LUPU
1332 Airport Rd.
Coatesville, PA 19320
(484) 433-7525(phone)
adrianlupu28@yahoo.com

ADRIAN LUPU, Sui Juris
    Plaintiff
v                                          CIVIL ACTION – QUIET TITLE
LOANCITY, LLC,  ET AL
  Defendants                            CASE   NO:2:12-CV-04556-CMR

**NOTICE**

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.,

If you do not know a lawyer contact:
**LAWYER REFERRAL SERVICE**
Chester County Bar Association
15 West Gay Street, Second Floor
West Chester, Pennsylvania 19380
Telephone: 610.692.1889 119

If you cannot afford a lawyer, contact:
**LEGAL AID SOCIETY**
222 N. Walnut Street, Second Floor
West Chester, PA 19380
610-436-4510
Fax: 610-436-5186

DATE:

08/13/2012

_____ (Seal)
ADRIAN LUPU, Sui Juris Plaintiff
1332 Airport Rd.
Coatesville, PA 19320
(484) 433-7525