UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Filed By:<br>ADRIAN LUPU<br>1332 Airport Rd.<br>Coatesville, PA 19320<br><br>ADRIAN LUPU, Sui Juris<br>  Plaintiff<br>v<br>LOANCITY, ET AL<br>  Defendants | Plaintiff<br><br>CIVIL ACTION  - Quiet Title<br>Case No. S:12-CV-04556-CMR |

**ORDER**

   AND NOW, this _____ day of _____ 2012, this Court having considered Plaintiff's Complaint against Defendants LOAN CITY, LLC., and the response of the DEFENDANTS, it is  hereby ORDERED:

   DEFENDANT LOAN CITY, assigns and successors, are forever barred from asserting any right, lien, title or interest in the land inconsistent with the interest or claim of the plaintiff set forth in the complaint.

   DEFENDANT ONE WEST BANK is to return to PLAINTIFF all payments made by him or on behalf of him to others.

   DEFENDANT ONE WEST BANK is to pay PLAINTIFF $4,000 statutory damages under 15 U.S.C. 1640 a (2)(A)(iv).

   The Recorder of Deeds, Chester County is ordered to cancel of record the mortgage recorded in Book number 7006 on Page 1718 as Document number 10703983 to reflect the above.

 

                                                                                                                                _____

                                                                                                                                                         J.