# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

_____

Nos. 17-1944 & 17-2024
_____

ADRIAN LUPU

v.

LOAN CITY, LLC; OCWEN LOAN SERVICING, LLC

OCWEN LOAN SERVICING, LLC,
                            Third-Party Plaintiff

v.

STEWART TITLE GUARANTY COMPANY,
                            Third-Party Defendant

Stewart Title Guaranty Company
                       Appellant (17-1944)

Ocwen Loan Servicing, LLC,
                     Appellant (17-2024)
_____

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 2-12-cv-04556)
District Judge: Honorable Cynthia M. Rufe
_____

Argued April 24, 2018

Before: MCKEE, AMBRO, and RESTREPO, <u>Circuit Judges</u>

## **<u>JUDGMENT</u>**

These causes came on to be heard on the record before the United States District Court for the Eastern District of Pennsylvania and was argued on April 24, 2018.

On consideration whereof, IT IS ORDERED AND ADJUDGED by this Court that the Order of the District Court entered March 28, 2017, is hereby affirmed in part, reversed in part, and remanded. Costs taxed against Ocwen Loan Servicing, LLC. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: September 10, 2018

Costs added hereto in favor of Appellant-Cross-Appellee Stewart Title Guaranty Company as follows:

```
 Docketing Fee…………...................$505.00
 Appendix.........................................$893.20
 Brief..................................................$ 82.00
 Reply Brief…………………….....$ 89.00
 Covers…………………………….$ 40.00
                                                    -----------
 Total...............................................$1609.20
```

Certified as a true copy and issued in lieu of a formal mandate on 10/02/2018

Teste: *Patricia A. Dodszuweit*

**Clerk, U.S. Court of Appeals for the Third Circuit**

2