**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ADRIAN LUPU**           Plaintiff, :<br>:<br>v.                                                             :<br>:<br>**LOAN CITY, LLC,** *et al*.                    :<br>           Defendants.                            :<br>                                                             :<br>**OCWEN LOAN SERVICING, LLC**   :<br>           Third-Party Plaintiff,         :<br>                                                             :<br>v.                                                             :<br>                                                             :<br>**STEWART TITLE GUARANTY COMPANY** :<br>           Third-Party Defendant.      : | **CIVIL ACTION NO. 12-4556** |

**ORDER**

**AND NOW**, this 24th day of October 2018, in light of the judgment of the Court of Appeals, and the mandate having issued, it is hereby **ORDERED** that no later than **November 7, 2018**, counsel for Ocwen Loan Servicing, LLC and Stewart Title Guaranty Company shall confer and submit a joint proposal to the Court as to the most expeditious way to move the case to resolution. Counsel should include a statement as to whether they wish to have a telephone conference with the Court.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**