IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADRIAN LUPU,<br><br>    Plaintiff,<br><br>v.<br><br>LOAN CITY, LLC, et al,<br><br>    Defendants.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>    Third Party Plaintiff,<br><br>v.<br><br>STEWART TITLE GUARANTY COMPANY,<br><br>    Third Party Defendant. | Civil Action No. 12-4556 |

**STIPULATION AND PROPOSED ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED between the parties that the matter should be ordered dismissed pursuant to Federal Rule of Civil Procedure 41(a), with prejudice and without costs.

| | |
|---|---|
| DUANE MORRIS LLP<br><br> /s/ Brett L. Messinger<br>Brett L. Messinger<br>Attorneys for Ocwen Loan Servicing, LLC | KAPLIN STEWART MELOFF REITER & STEIN, P.C.<br><br> /s/ Michael P. Coughlin<br>Michael P. Coughlin<br>Attorneys for Stewart Title Guaranty Company |

## **ORDER**

AND NOW, it appearing the parties have agreed pursuant to Federal Rule of Civil Procedure 41(a) that this matter should be dismissed, it is HEREBY ORDERED that this matter is dismissed with prejudice and without costs.

IT IS SO ORDERED:

_____

DM1\9143122.1