**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ADRIAN LUPU** : | |
|    **Plaintiff,** : | |
| : | |
|  **v.** : | |
| : | |
| **LOAN CITY, LLC,** *et al*. : | |
|    **Defendants.** : | |
| : | **CIVIL ACTION NO. 12-4556** |
| **OCWEN LOAN SERVICING, LLC** : | |
|    **Third-Party Plaintiff,** : | |
| : | |
|  **v.** : | |
| : | |
| **STEWART TITLE GUARANTY  COMPANY** : | |
|    **Third-Party Defendant.** : | |

**<u>ORDER</u>**

  **AND NOW**, this 7th day of November 2018, counsel for the remaining parties, Ocwen

Loan Servicing, LLC and Stewart Title Guaranty Company, having stipulated to dismissal after

partial remand from the Court of Appeals, it is hereby **ORDERED** that the case is **DISMISSED**

with prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a).  The case

remains **CLOSED**.

  It is so **ORDERED**.

       **BY THE COURT:**

       **/s/ Cynthia M. Rufe**
       _____
       **CYNTHIA M. RUFE, J.**